# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JACOB KYLE JORDAN<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 25, 2020  in the county of  Washington  in the   District of  Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 (a)(1) and § 841(b)(1)(C); 18 U.S.C. § 924(c)(1) | did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamines, Schedule II controlled substance, and did unlawfully and knowingly use, and carry during and in relation to, and possess a firearm, that is, a Smith and Wesson .40 caliber semi-automatic handgun, in furtherance of, a drug trafficking offense. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

VINCENT WITKOWSKI, Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  02/26/2020

*Judge's signature*

City and state:  Washington, DC    G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*