AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JACOB KYLE JORDAN<br><br>*Defendant* | Case: 20-mj-00035<br>Assigned To : Judge G. Michael Harvey<br>Assign. Date : 2/26/2020<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

**FILED**
FEB 2 6 2020
Clerk, U.S. District and
Bankruptcy Courts

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JACOB KYLE JORDAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841 (a)(1)
and § 841(b)(1)(C);
18 U.S.C. § 924(c)(1)

Date: 02/26/2020

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.                    G. MICHAEL HARVEY, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/26/20, and the person was arrested on *(date)* 2/25/20
at *(city and state)* Wash, DC.

Date: 2/26/20

*Arresting officer's signature*

Vincent Witkowski  Detective
*Printed name and title*