# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 20-CR-55 (TFH) |
| | : | |
| **JACOB KYLE JORDAN** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for the entry of a protective order governing the pretrial production of body worn camera materials by the parties in the above-captioned case. In order to facilitate immediate discovery of the body worn camera materials to the defense, undersigned counsel and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

                                                Respectfully submitted,

                                                TIMOTHY J. SHEA
                                                United States Attorney
                                                D.C. Bar No. 437437

By:    */s/ James B. Nelson*
            JAMES B. NELSON
            D.C. Bar No. 1613700
            Assistant United States Attorney
            Violent Crime & Narcotics Trafficking Section
            555 4th Street, N.W.
            Washington, D.C. 20530
            (202) 252-6986
            james.nelson@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

          By:      */s/ James B. Nelson*
                      JAMES B. NELSON
                      D.C. Bar No. 1613700
                      Assistant United States Attorney
                      Violent Crime & Narcotics Trafficking Section
                      555 4th Street, N.W.
                      Washington, D.C. 20530
                      (202) 252-6986
                      james.nelson@usdoj.gov