

U.S. Department of Justice

Timothy J. Shea
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.   20530*

**BY HAND DELIVERY**

March 4, 2020

Danielle C. Jahn, Esq.
Assistant Federal Public Defender
Federal Public Defender's Office
District of Columbia
625 Indiana Ave NW
Washington, DC 20004

Re:     United States v. Jacob Kyle Jordan, 20-cr-55 (TFH)
          Initial Discovery Production

Dear Ms. Jahn:

As you are aware, your client, Jacob Jordan, is under indictment in the United States
District Court for the District of Columbia. Pursuant to your oral request for discovery, the
United States hereby provides the following and requests reciprocal discovery.

I.      Defendant's Statements – Federal Rule of Criminal Procedure 16(a)(1)(A)-(C)

The United States is unaware of any statements by your client, other than those described
below (if any).

II.     Defendant's Prior Criminal Record – Federal Rule of Criminal Procedure 16(a)(1)(D)

The United States is aware that your client has prior criminal convictions for driving
under the influence.   The United States is not aware of any other criminal record for your client.

1

III.   Documents and Tangible Objects – Federal Rule of Criminal Procedure 16(a)(1)(E)

The United States has provided you, via hand delivery, one compact disc containing the following evidence in electronic format:

a.   Arrest Warrant – BATES 1.
b.   USMS Intake Form – BATES 2-3.
c.   Arrest Packet – BATES 4-22.
d.   Criminal Complaint – BATES 23-24.
e.   Gerstein – BATES 25-26.
f.   Indictment – BATES 27-29.
g.   DIMS Photos – BATES 30-41.

Additionally, the United States has provided you, via hand delivery, four compact discs containing the Body Worn Camera (BWC) footage related to your client. Pursuant to our agreement, the BWC footage has been provided to you pursuant to the terms of our stipulated Protective Order which I will file with the Court this morning.

Finally, the United States is in possession of certain physical evidence which cannot be disclosed, but which may be inspected by you. If you would like to schedule a time to inspect any such evidence, please let me know.

IV.   Reports of Examinations and Tests – Federal Rule of Criminal Procedure 16(a)(1)(F)

The United States is not currently in possession of any reports of examinations or tests in this matter, other than those described above (if any).

V.   Expert Witnesses – Federal Rule of Criminal Procedure 16(a)(1)(G)

The United States has not yet identified the need to retain any expert witnesses. If this case proceeds to trial, the United States will provide timely notice of any expert witnesses that it intends to call during its case-in-chief.

VI.   *Brady/Giglio* Materials

The United States has provided discovery of all exculpatory and impeaching material under *Brady/Giglio*. The United States is unaware of any *Brady/Giglio* material other than what has already been produced, but will provide timely disclosure if any such material comes to light.

VII.   Witness Statements

At this time, the United States is not aware of any statements by civilian witnesses other than those provided, if any.

VIII.   Continuing Obligations

The United States is aware of its continuing obligations pursuant to Federal Rule of Criminal Procedure 16(c) and will forward any supplemental discovery to you as soon as it becomes available to the United States.

IX.   Request for Reciprocal Discovery

The United States hereby requests reciprocal discovery under Federal Rule of Criminal Procedure 16(b). Specifically, we request that you allow inspection and copying of: (1) any books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items that are in your possession, custody, or control and which the defense intends to use in its case-in-chief at trial; and (2) any results or reports of any physical or mental examination and of any scientific test or experiment that is in your possession or control and which the defense intends to use in its case-in-chief at trial or which was prepared by a witness whom you intends to call at trial. We further request that you disclose a written summary of testimony you intend to use under Federal Rules of Evidence 702, 703 or 705 as evidence at trial.

Pursuant to Fed. R. Crim. P. 26.2, the Government also requests that you disclose prior statements of witnesses Defendant will call to testify.

X.   Acceptance of Responsibility

If your client wishes to accept responsibility and negotiate a plea agreement in this case, please contact me at your earliest convenience.   Should your client be separately willing to participate in a proffer regarding the facts of his case, please contact me so that I can arrange a meeting. Any such meeting would be conducted pursuant to standard proffer protection.

Please understand that, should you elect to file substantive motions in this matter, the United States will oppose the one-level Guidelines reduction pursuant to USSG § 3E1.1(b), and may elect to discontinue plea negotiations altogether.

Sincerely yours,

TIMOTHY J. SHEA
UNITED STATES ATTORNEY

BY:   _____

James B. Nelson
Assistant United States Attorney

3