**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | Cr. No. 20-055 (TFH) |
| | : | |
| **JACOB KYLE JORDAN,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

Upon consideration of the Motion for Review of the Magistrate's Pretrial Detention Order and the entire record, it is this \_\_\_\_ day of March 2020, hereby

**ORDERED** that Mr. Jordan is released into the High Intensity Supervision Program.

_____
THE HONORABLE THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE