# EXHIBIT # 1



# EXHIBIT # 2



**EXHIBIT # 3**



# EXHIBIT # 4



# EXHIBIT # 5



# EXHIBIT # 6



# EXHIBIT # 7



# EXHIBIT # 8



# EXHIBIT # 9



# EXHIBIT # 10



**EXHIBIT # 11**

