NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                                      Criminal Number  1:20-cr-55-TFH

Jacob Jordan
(Defendant)


TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_[signature]_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Jon W. Norris, 426105
(Attorney & Bar ID Number)

Law Offices of Jon W. Norris
(Firm Name)

503 D Street NW, Suite 250
(Street Address)

Washington, D.C. 20001
(City)          (State)          (Zip)

(202) 371-0300
(Telephone Number)