UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:20-CR-55 (TFH) |
| | : | |
| JACOB JORDAN | : | Status Hearing: May 29, 2020 |

**SUPPLEMENT TO EMERGENCY MOTION FOR BOND REVIEW**

Mr. Jacob Jordan, through undersigned counsel, respectfully requests this Honorable Court consider the following additional information, as a supplement to the previously filed Emergency Motion for Bond Review.

1. The defense filed its Emergency Motion for Bond Review yesterday, March 19, 2020, outlining the additional concerns relating to Mr. Jordan's health in light of the effect of the COVID-19 pandemic on the jail and Mr. Jordan.

2. Undersigned counsel became aware of some additional information regarding the impact on the jail and their intended response.

3. Recent reporting indicates that 65 inmates at the D.C. jail have "self-quarantined" and the jail has tested 1 inmate for COVID-19 as a result of a U.S. Marshall testing positive. See Kyley Schultz, *65 inmates in self-quarantine, 1 tested for coronavirus at D.C. Jail*, WUSA9 (March 19, 2020, 10:02 PM), https://www.wusa9.com/article/news/health/coronavirus/dc-inmates-self-quarantine/65-bc1a331e-4f33-46eb-9a7b-2184e0a06ef2. There is no description of what self-quarantine means in the D.C. Jail. Undersigned counsel has trouble imagining circumstances where these defendants wouldn't at least come into contact with jail staff.

1

4. While the D.C. Jail has announced some precautions in response to coronavirus concerns, the Union representing Department of Corrections officers unanimously voted "no confidence" in D.C. Jail leadership and called for the resignation of several people surrounding concerns about the response to the Coronavirus at the jail. See Sophie Kaplan, *Union Votes 'no confidence' in D.C. Jail Leaders for handling of Covid-19*, Wash. Times (Mar. 20, 2020), https://www.washingtontimes.com/news/2020/mar/20/union-votes-no-confidence-dc-jail-leaders-handling/.

5. Some of D.C. Jail's announced precautions included a two-hour cleaning of the jail facility. See https://twitter.com/DCCorrections/status/1238184691976548355?s=20.[1] A two-hour cleaning seems insufficient given the size of the jail and the number of people held there. Another of the announced precautions was limiting in-person visitation at the jail, which the jail said took effect at 11:59 PM on March 14, 2020. See https://doc.dc.gov/service/online-scheduling-video-visitationscheduling-face-face-visitation. As recently as Monday, March 16, 2020, in-person legal visits were still taking place. Undersigned counsel has also experienced the coronavirus screening procedure the jail has been utilizing which included a 3-question survey and taking someone's temperature.

6. In the WUSA9 article, there was a discussion of Maryland state's attorneys working with defense counsel to identify individuals who could and should be released in light of Coronavirus concerns.

---

[1] Undersigned counsel has not been able to find another source of this information. Government counsel in D.C. Superior Court have also been directing attention to the DOC Twitter feed for current information.

7. This information is offered to supplement and further substantiate undersigned counsel's assertion in the Emergency Motion that the jail is ill-equipped to handle this crisis and to further support concerns about Mr. Jordan's possible exposure and any possible treatment from the jail.

**Wherefore**, for the above stated reasons, the reasons previously stated in the filed Emergency Motion for Bond Review, and any other reasons that may appear to the Court at a hearing on this matter, the defendant respectfully requests that the Emergency Motion for Bond Review be granted, and that this Court release Mr. Jordan into HISP with home confinement.

/s/ Jon w. Norris

Jon W. Norris, D.C. Bar No. 426105

Attorney for Jacob Jordan

The Law Offices of Jon W. Norris

503 D Street, NW, Suite 250

Washington, DC 20001

Tel: (202) 371-0300

Fax: (202) 842-2627