# EXHIBIT # 1



**dcdude88**
Washington D. C.

· · ·



89 likes

**dcdude88** Nation's Triathlon || 9.10.17 ||... more

View all 5 comments

September 10, 2017

# EXHIBIT # 2

 **dcdude88**
Washington D. C.

· · ·



     • • • • •   

**89 likes**

**dcdude88** Nation's Triathlon || 9.10.17 ||... more

View all 5 comments

September 10, 2017

# EXHIBIT # 3



# EXHIBIT # 4





   

**24 likes**

**dcdude88** #dcstrokes

July 27, 2017

# EXHIBIT # 5

 dcdude88                                    •••



                            

30 likes

# EXHIBIT # 6

 dcdude88

