**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **1:20-CR-55 (TFH)** |
| | : | |
| **JACOB JORDAN** | : | **Status Hearing: May 29, 2020** |

## ERRATA

Undersigned counsel inadvertently omitted the signature block from the Emergency Motion to Reconsider Detention Order, ECF #23, filed March 30, 2020. Please insert the attached signature block on page 6 of the motion after the text.

/s/ Jon w. Norris
Jon W. Norris, D.C. Bar No. 426105
Attorney for Jacob Jordan
The Law Offices of Jon W. Norris
503 D Street, NW, Suite 250
Washington, DC 20001
Tel: (202) 371-0300
Fax: (202) 842-2627

**ATTACHMENT A**

<u>/s/ Jon w. Norris</u>  
Jon W. Norris, D.C. Bar No. 426105  
Attorney for Jacob Jordan  
The Law Offices of Jon W. Norris  
503 D Street, NW, Suite 250  
Washington, DC 20001  
Tel: (202) 371-0300  
Fax: (202) 842-2627