UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:20-CR-55 (TFH) |
| | : | |
| JACOB JORDAN | : | Status Hearing: April 17, 2020 |

## SUPLEMENT

Mr. Jacob Jordan, through undersigned counsel, respectfully requests that this Honorable Court consider the following additional information as a supplement to the defense's previously filed Motion to Reconsider Pretrial Detention Order and Reply to Government's Opposition. In support of this motion, undersigned counsel states the following:

## BACKGROUND

In response to the COVID-19 outbreak's impact on jail facilities and court operations, undersigned counsel filed an Emergency Motion to Review Pretrial Detention Order on March 19, 2020 and a Supplement to that motion on March 20, 2020. See ECF #19 & #21. The government filed its Memorandum in Opposition on March 23, 2020. See ECF #22. This Court denied the motion in light of the government's representations that the D.C. Jail had instituted policies to respond to COVID-19 that were responsive to the health crisis, in keeping with the CDC's guidance, and were effective. See Gov't Memo in Opposition 5-7, ECF #22. At the hearing, this Court suggested that the situation might be different if it was determined that inmates tested positive for Coronavirus.

In response to reports of worsening conditions at the jail, undersigned counsel filed an Emergency Bond Motion to Review Pretrial Detention on March 30, 2020. *See* ECF #23. The

government filed its opposition on April 2, 2020. *See* ECF #25. Undersigned counsel file a reply to the government's opposition on April 3, 2020. *See* ECF #26.

## SUPPLEMENTAL INFORMATION

1. Mr. Jordan provided additional health information to me on April 8, 2020. He is on his fourth round of antibiotics. He has had an infection and low-grade fever for over a month. Mr. Jordan has had congestion in his lungs and sinus issues.

2. The jail was going to get an ENT to examine him, but there is no timeframe for that and it has yet to occur, and to take him to a chronic infection clinic but that won't happen before June or July.

3. Mr. Jordan continues to suffer from night terrors and difficulty breathing while sleeping. The night terrors have become so severe that the guards accused Mr. Jordan of trying to fake a seizure.

4. In response to representations of medical issues in another case, Judge Ketanji Brown Jackson ordered the government to show cause as to why the motion for release under 3142(f) or 3142(i) would not be appropriate. Undersigned counsel submits that a similar order would be appropriate in Mr. Jordan's case given the significant health concerns he has.

5. Undersigned counsel is prepared to discuss this information further at a hearing on the motion.

**Wherefore**, for the above stated reasons, the reasons stated in the Emergency Motion for Review of Pretrial Detention and the Reply to Government Opposition, and any other reasons that may appear to the Court at a hearing on this matter, the defendant respectfully requests that this motion be granted, and that this Court release Mr. Jordan into HISP with home confinement.

/s/ Jon w. Norris
Jon W. Norris, D.C. Bar No. 426105
Attorney for Jacob Jordan
The Law Offices of Jon W. Norris
503 D Street, NW, Suite 250
Washington, DC 20001
Tel: (202) 371-0300
Fax: (202) 842-2627
