# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:20-CR-55 (TFH) |
| | : | |
| JACOB JORDAN | : | Status Hearing: July 14, 2020 |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Jacob Jordan, through undersigned counsel respectfully requests that this Honorable Court modify Mr. Jordan's conditions of release to allow him to walk his service dog. In support of this motion, undersigned counsel states the following:

1. On February 25, 2020, Mr. Jordan was arrested and charged with one count of Possession With Intent to Distribute a Mixture and Substance Containing a Detectably Amount of Methamphetamines, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and one count of Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c). See ECF #1. On February 27, 2020, the grand jury returned a two-count indictment charging Mr. Jordan with count One, Possession With Intent to Distribute a Mixture and Substance Containing a Detectably Amount of Methamphetamines, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C); and Count Two, Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c). See ECF #8.

2. Mr. Jordan was held pending trial from the time of his arrest until this Court released him to 24-hour home confinement and supervision through HISP on April 23, 2020.

3. Since his release, Mr. Jordan has been in compliance with the conditions of HISP.

4. Mr. Jordan has a certified service dog that helps with his PTSD. Mr. Jordan has had his dog since it was a puppy and the two are especially bonded. Mr. Jordan needs to walk his dog on a daily basis. Mr. Jordan reached out to pretrial services about being allowed to leave his apartment to walk his dog to a park near his apartment. Upon information and belief the park is about two blocks from his apartment. Pretrial services will not grant the request without the Court's permission.

5. Undersigned counsel reached out to the government to obtain its position. Having spoken to pretrial services, the government ascertained that pretrial services had some concerns about granting the request that the Court will have to consider and rule on.

6. Undersigned counsel reached out to pretrial services to gain an understanding of the issues. Pretrial services indicated that its concern is that walking his dog creates a daily reason for Mr. Jordan to be out of the apartment.

**WHEREFORE,** for the above stated reasons and any others that appear to the Court at a hearing on this matter, the defendant respectfully request that this motion be granted and that the Court modify Mr. Jordan's conditions of release to allow him to walk his dog within a specified radius of his apartment.

/s/ Jon w. Norris
Jon W. Norris, D.C. Bar No. 426105
Attorney for Jacob Jordan
The Law Offices of Jon W. Norris
503 D Street, NW, Suite 250
Washington, DC 20001
Tel: (202) 371-0300
Fax: (202) 842-2627

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **1:20-CR-55 (TFH)** |
| : | |
| **JACOB JORDAN** : | **Status Hearing: July 14, 2020** |

**ORDER**

Upon consideration of the Motion to Modify Conditions of release and the entire record, it is on this ___ day of _____, 2020, hereby

**ORDERED** that Mr. Jordan's Motion is granted and that Mr. Jordan's conditions of release are modified such that he may walk his dog twice a day within an area specified by pretrial services.

_____

THE HONORABLE THOMAS F. HOGAN

UNITED STATES DISTRICT JUDGE