**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | :  **CASE NO. 20-CR-55 (TFH)** |
| | : |
| **JACOB KYLE JORDAN,** | : |
| | : |
| **Defendant.** | : |

**UNITED STATES' RESPONSE TO DEFENDANT'S
MOTION TO MODIFY CONDITIONS OF RELEASE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to Defendant's "Motion to Modify Conditions of Release" (Docket Entry 32).

As the Court is aware, the United States has previously noted its concerns regarding Defendant's potential dangerousness to the community, as well as his risk of flight. (Docket Entries 7, 17, 22, 25).

Nevertheless, the United States is also keenly aware of the substantial burden that the coronavirus pandemic has placed on Pretrial Service's resources and understands that HISP monitoring is not designed to serve as a long-term supervision plan.

Given the representations of both defense counsel and Pretrial Officer Sidbury, and considering the fact that Defendant appears to be in full compliance with his release conditions, the United States takes no position on the pending motion and respectfully defers to the Court with regard to the instant motion to modify release conditions.

        Respectfully submitted,

        MICHAEL R. SHERWIN
        Acting United States Attorney
        New York Bar No. 4444188

By:    */s/ James B. Nelson*
        JAMES B. NELSON
        D.C. Bar No. 1613700
        Assistant United States Attorney
        Violent Crime & Narcotics Trafficking Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-6986
        james.nelson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel, via the Electronic Case Filing (ECF) system, on August 5, 2020.

By:  */s/ James B. Nelson*
JAMES B. NELSON
D.C. Bar No. 1613700
Assistant United States Attorney
Violent Crime & Narcotics Trafficking Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6986
james.nelson@usdoj.gov