# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**,

v.

**JACOB KYLE JORDAN**,

        Defendant.

Case No. 20-CR-55

# ORDER

Having considered the defendant's motion to modify conditions of release [ECF No. 32], and the government's response [ECF No. 33], it is hereby **ORDERED** that the motion is **GRANTED**. The defendant is released on personal recognizance subject to the following conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(3) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

(4) The defendant must surrender any passport to Pretrial Services.

(5) The defendant must report to Pretrial Services once a week.

August 24, 2020

                                   Thomas F. Hogan
                                   SENIOR UNITED STATES DISTRICT JUDGE