# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **1:20-CR-55 (TFH)** |
| : | |
| **JACOB JORDAN** : | |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully moves this Court to allow him to withdraw from representation in this case. As grounds for this motion, undersigned counsel states the following:

1. Undersigned counsel is retiring from the practice of law for medical reasons and cannot continue further representation of Mr. Jordan.

2. Undersigned counsel is asking the Court to appoint counsel to represent Mr. Jordan.

3. Undersigned counsel has informed Mr. Jordan of the filing of this motion.

**WHEREFORE,** undersigned counsel respectfully requests that this motion be granted, and that undersigned counsel be allowed to withdraw, and new counsel be appointed.

/s/ Jon w. Norris
Jon W. Norris, D.C. Bar No. 426105
Attorney for Jacob Jordan
The Law Offices of Jon W. Norris
503 D Street, NW, Suite 250
Washington, DC 20001
Tel: (202) 371-0300
Fax: (202) 842-2627