# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | :     1:20-CR-55 (TFH) |
| | : |
| **JACOB JORDAN** | : |

## ORDER

Upon consideration of the Motion to Withdraw, it is on this _____ day of _____, 2022, hereby ORDERED that counsel's Motion to Withdraw is GRANTED.

_____
The Honorable Thomas F. Hogan
United States District Judge