UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : 1:20-CR-55 (TFH) |
| | : |
| JACOB JORDAN | : |

**ORDER**

Upon consideration of the Motion to Withdraw, it is on this 31st day of May, 2022, hereby ORDERED that counsel's Motion to Withdraw is GRANTED.

_____
The Honorable Thomas F. Hogan
United States District Judge